AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| LORRAINE KENNEDY <br><br> *Plaintiff(s)* <br> v. <br> NORTHWELL HEALTH, KAREN TUZZOLO AND CAROL RAHMAN (Sued in their Individual Capacities Pursuant to NYEL §§ 290 et seq) <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:25-cv-02962-JMA-SIL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Carol Rahman
2000 Marcus Avenue, New Hyde Park,
New York 11042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott Michael Mishkin, Esq.
One Suffolk Square, Suite 240,
Islandia, New York 11749
Tel:  (631)-234-1154

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 5/29/2025

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| LORRAINE KENNEDY<br><br>*Plaintiff(s)*<br>v.<br>NORTHWELL HEALTH, KAREN TUZZOLO AND CAROL RAHMAN (Sued in their Individual Capacities Pursuant to NYEL §§ 290 et seq)<br><br>*Defendant(s)* | Civil Action No. 2:25-cv-02962-JMA-SIL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Karen Tuzzolo
2000 Marcus Avenue, New Hyde Park,
New York 11042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Scott Michael Mishkin, Esq.
One Suffolk Square, Suite 240,
Islandia, New York 11749
Tel: (631)-234-1154

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 5/29/2025

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| LORRAINE KENNEDY <br><br> *Plaintiff(s)* <br> v. <br> NORTHWELL HEALTH, KAREN TUZZOLO AND CAROL RAHMAN (Sued in their Individual Capacities Pursuant to NYEL §§ 290 et seq) <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:25-cv-02962-JMA-SIL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Northwell Health
2000 Marcus Avenue, New Hyde Park,
New York 11042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott Michael Mishkin, Esq.
One Suffolk Square, Suite 240,
Islandia, New York 11749
Tel:  (631)-234-1154

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 5/29/2025

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*